

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00477-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CHARLES INNESS THRASH**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017-PC-2912
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

In the trial court, appellants filed several notices of appeal challenging numerous orders the trial court signed. Generally, in civil cases, there is only one final appealable judgment. De Ayala v. Mackie, 193 S.W.3d 575, 578 (Tex. 2006). "Probate proceedings are an exception to the 'one final judgment' rule; in such cases, 'multiple judgments final for purposes of appeal can be rendered on certain discrete issues.'" Id. "Not every interlocutory order in a probate case is appealable, however, and determining whether an otherwise interlocutory probate order is final enough to qualify for appeal, has proved difficult." Id.

This court has the jurisdiction and obligation to ensure it has appellate jurisdiction over each appeal. See Hous. Mun. Employees Pension Sys. v. Ferrell, 248 S.W.3d 151, 158 (Tex. 2007). And, we routinely check appeals for jurisdiction. See Fourth Court of Appeals Internal Operating Procedures for the Handling of Cases, 7.c. To assist this court in determining whether we have appellate jurisdiction over all parts of this appeal, we ORDER appellants to file, within 15 days of this order, a response to this order, with appropriate citations to the clerk's record, stating: (1) each order they seek to appeal; (2) for each appealed order, the date the appealed order was signed by the trial court and the date the relevant notice of appeal challenging that order was filed; and (3) a short and plain statement, with citation to applicable authority, explaining why the appealed order is an appealable order in a probate proceeding.

Appellants are advised that a failure to timely and satisfactorily respond to this order may result in the dismissal of this appeal without further notice. See TEX. R. APP. P. 42.3(a), (c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.



Keith E. Hottle,
Clerk of Court